UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 2:08-cr-12
                                                    HON. R. ALLAN EDGAR

Danon Donn Watson,

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objections have been filed thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and recommendation of the Magistrate filed 4/21/08 #19, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Danon Donn Watson's plea of guilty to Possession of Unregistered Firearm is accepted. Defendant Danon Donn Watson is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Pre-sentence Investigation Report. See U.S.S.G. Ch. 6.

SO ORDERED.

Dated: 5/20/08

                                                                   /s/ R. Allan Edgar
                                                                   R. ALLAN EDGAR
                                                                   UNITED STATES DISTRICT JUDGE